■ J. L. IVEY, JR., Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 70708.)

(Appeals from Judgment of Court of Claims, NeMoyer, J.—Unlawful Impris-

onment.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.